2011 NOV -2 AM 11: 22

DISTRICT OF UTAH

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 10-37395 RKM |
| HEATHER JEAN DILL | ) | Chapter 7 |
| | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On October 28, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438221266.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

    Claim No.:  2
    Claimant:  PacifiCorp dba Rocky Mountain Power/Pacific Power
    Claim Amount:  $55.47
    Distribution:  $2.21

5. A check in the amount of $2.21 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 10-31-2011

                _____
                J. Kevin Bird, Trustee